CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, Esq. SBN 166317
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
mark@potterhandy.com

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gilbert Salinas,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>24 Hour Fitness USA, Inc., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No. 11-cv-2881-DMG (Ex)<br><br>**ORDER RE DISMISSAL [26]** |

///

///

///

1

1  Having read the parties' Stipulation, and good cause appearing, this
2  action is hereby ordered dismissed with prejudice, each party to bear their
3
4  own attorneys' fees and costs.  The court shall retain jurisdiction to enforce
5  the terms of the settlement.
6
7  IT IS SO ORDERED.
8
9
10  DATED:  December 29, 2011
11                                                   _____
                                                     DOLLY M. GEE
12                                                   United States District Judge