1  CENTER FOR DISABILITY ACCESS
   Raymond G. Ballister, Jr. SBN 111282
2  Mark Potter, Esq. SBN 166317
   9845 Erma Road, Suite 300
3  San Diego, CA 92131
   (858) 375-7385
4  (888) 422-5191 fax
   mark@potterhandy.com

5  Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Gilbert Salinas, | Case No. 11-cv-2881-DMG (Ex) |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE DISMISSAL [26]** |
| 24 Hour Fitness USA, Inc., a California Corporation; and Does 1-10, | |
| Defendants. | |

///

///

///

1

1  Having read the parties' Stipulation, and good cause appearing, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The court shall retain jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

DATED:  December 29, 2011

_____
DOLLY M. GEE
United States District Judge